THOMAS J. BRIGGS, Respondent, *v.* FRANCIS J. KENNETT et al. Appellants.

*Briggs* v. *Kennett,* 8 Misc. Rep. 264, affirmed.
(Argued April 8, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made May 7, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Wheeler H. Peckham* and *Rufus W. Peckham, Jr.,* for appellants.

*Frederick Seymour* and *Frederic R. Kellogg* for respondent.

Judgment affirmed. with costs, on opinions below.
All concur.

———

THOMAS J. BRIGGS, Respondent, *v.* NATHANIEL S. JONES et al., Appellants.

*Briggs* v. *Jones,* 8 Misc. Rep. 261, affirmed.
(Argued April 8, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made May 7, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Wheeler H. Peckham* and *Rufus W. Peckham, Jr.,* for appellants.

*Frederick Seymour* and *Frederic R. Kellogg* for respondent.

Judgment affirmed, with costs, on opinions below.
All concur.